Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
SANDY ESTRELA NEVES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDY ESTRELA NEVES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BASELINE FINANCIAL SERVICES, INC., a California corporation, and FRED WATKINS, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No.: 5:13-CV-04705-PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER AWARDING ATTORNEY FEES AND COSTS TO PLAINTIFF, SANDY ESTRELA NEVES** |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Whereas, on November 12, 2013, Plaintiff, SANDY ESTRELA NEVES, timely accepted Defendants', BASELINE FINANCIAL SERVICES, INC.'s, and FRED WATKINS', Rule 68 Offer of Judgment and filed her Notice of Acceptance of Offer of Judgment (Doc. 11);

2. Whereas, on December 31, 2013, the Court entered a Judgment in favor of Plaintiff, SANDY ESTRELA NEVES, and against Defendants, BASELINE FINANCIAL SERVICES, INC., and FRED WATKINS, (Doc. 16); and

3. Whereas, the parties have met and conferred regarding an award of attorney fees and costs, and agree that Plaintiff, SANDY ESTRELA NEVES, be awarded attorney fees and costs in the amount of $4,122.08.

IT IS SO STIPULATED.

                CONSUMER LAW CENTER, INC.

Dated: January 24, 2014        By: /s/ Raeon R. Roulston
                                                 Fred W. Schwinn, Esq.
                                                  Raeon R. Roulston, Esq.
                                                  Attorneys for Plaintiff
                                                  SANDY ESTRELA NEVES

                G&P | SCHICK, P.C.

Dated: January 24, 2014        By: /s/ Annalisa S. Zulueta
                                                  Malcolm D. Schick, Esq.
                                                  Annalisa S. Zulueta, Esq.
                                                  Attorneys for Defendants
                                                  BASELINE FINANCIAL SERVICES,
                                                  INC., and FRED WATKINS

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff, SANDY ESTRELA NEVES, is awarded reasonable attorney's fees and costs in the amount of $ 4,122.08.

IT IS SO ORDERED.

Dated: 1/28/2014

                                               The Honorable Paul S. Grewal
                                               United States Magistrate Judge